# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT JAMES RAGLAND

VERSUS

KATHERINE DIAMOND RAGLAND

NO.   2026 CW 0489

**JULY 13, 2026**

---

In Re:   Katherine Diamond Ragland, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. F209479.

---

BEFORE:   THERIOT, LANIER, AND MILLER, JJ.

**WRIT DENIED.**

MRT
WIL
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT